AUSA Jeffrey M. Chemerinsky (Cal. Bar No. 270756)
United States Attorney's Office
312 N. Spring Street, Suite 1300
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Q.T. FASHION, INC ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 14-00372-FMO<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

DOCUMENTS (Under Seal)

**Reason:**
- [✓] Under Seal and/or In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

| | |
|---|---|
| July 26, 2022<br>Date | JEFFREY M. CHEMERINSKY<br>Attorney Name<br>UNITED STATES OF AMERICA<br>Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)   NOTICE OF MANUAL FILING